UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE DAVIS, | No.  2:13-cv-1908 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Eunice Davis is proceeding pro se in this action.  On December 19, 2013, the undersigned issued an order directing the Clerk of the Court to issue process and to serve upon plaintiff the undersigned's Scheduling Order for social security cases.  (Dkt. No. 3.)  That same day the Clerk of the Court issued that scheduling order, (Dkt. No. 5), and the defendant filed an answer and lodged a copy of the administrative record on March 24, 2014.  (Dkt. Nos. 11 & 12.)

However, it appears that inadvertently missing from the court's scheduling order issued on December 19, 2013, was the page that advised plaintiff as to how she could prosecute this action and of the corresponding deadlines.  Accordingly, the court has reissued the full Scheduling Order.  (Dkt. No. 13.)  The parties shall proceed pursuant to the reissued scheduling order with

/////

/////

1

the applicable deadlines beginning to run from the date of this order.[1]

**IT IS SO ORDERED**.

Dated:  September 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/davis1908.sched.ord.docx

---

[1] Plaintiff shall either submit new evidence with a request for voluntary remand to the Office of the General Counsel, as explained in the reissued scheduling order, or file a motion for summary judgment and/or remand within 45 days of the date of this order.

2